# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
APR 25 2018
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

USDA Forest Service Regional Office
324 25th Street, 3rd Floor Ogden, Utah 84401

Case No. 2:18mj 236 BCW

SEALED

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to Affidavit in Support of Search Warrant

located in the Northern District of Utah, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to Affidavit in Support of Search Warrant

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 641; 18 U.S.C. 1341; 18 U.S.C. 1343; 18 U.S.C. 371 | Theft of Government Property; Mail Fraud; Wire Fraud; Conspiracy |

The application is based on these facts:

See Affidavit in Support of Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

KEVIN WATTS, Special Agent USDA-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/25/2018

City and state: Salt Lake City, Utah

*Judge's signature*

Brooke C. Wells
EVELYN J. FURSE, Magistrate Judge
*Printed name and title*